B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## District of Delaware

# Voluntary Petition

Name of Debtor (if individual, enter Last, First, Middle):
**Holley Performance Products Inc.**

Name of Joint Debtor (Spouse) (Last, First, Middle):

All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):

All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)
**61-1291482**

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)

Street Address of Debtor (No. and Street, City, and State):
**1801 Russellville Road**
**Bowling Green, KY**
ZIP Code **42101**

Street Address of Joint Debtor (No. and Street, City, and State):
ZIP Code

County of Residence or of the Principal Place of Business:
**Warren**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
ZIP Code

Mailing Address of Joint Debtor (if different from street address):
ZIP Code

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- ■ A plan is being filed with this petition.
- ■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08) 

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Holley Performance Products Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**See Schedule I attached** | Case Number:<br>**Pending** | Date Filed: |
| District:<br>**District of Delaware** | Relationship:<br>**Affiliate** | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X ______________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________

(Name of landlord that obtained judgment)

______________________________

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)



**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Holley Performance Products Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ____________________
Signature of Debtor

X ____________________
Signature of Joint Debtor

____________________
Telephone Number (If not represented by attorney)

____________________
Date

### Signature of Attorney*

X [signature]
Signature of Attorney for Debtor(s)

David B. Stratton, Esq.
Printed Name of Attorney for Debtor(s)

Pepper Hamilton LLP
Firm Name

Hercules Plaza Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Address

302-777-6500
Telephone Number

2/11/08
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X [signature]
Signature of Authorized Individual

Thomas W. Tomlinson
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

2/11/08
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ____________________
Signature of Foreign Representative

____________________
Printed Name of Foreign Representative

____________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

____________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

____________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

____________________
Address

X ____________________

____________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re **Holley Performance Products Inc.**, Debtor    Case No. ______

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor/District | Case No./Relationship | Date Filed/Judge |
| --- | --- | --- |
| KHPP Holdings, Inc.<br>Delaware | 08-<br>Affiliate | |
| Holley Performance Systems, Inc.<br>Delaware | 08-<br>Affiliate | |
| Nitrous Oxide Systems, Inc.<br>Delaware | 08-<br>Affiliate | |
| Weiand Automotive Systems, Inc.<br>Delaware | 08-<br>Affiliate | |

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re HOLLEY PERFORMANCE PRODUCTS INC.

Debtor

Case No. 08 ________

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

---

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| U.S. Bank, as Indenture Trustee for the 12.5% Senior Second Lien Secured Notes due 2009<br>Mail Code EP-MN-WS3C<br>60 Livingston Avenue<br>St. Paul, MN 55107<br>Attn: Timothy Sandell<br>Phone: 651-495-3959<br>Fax: 651-495-8100 | Katherine Constantine,<br>Dorsey & Whitney LLP<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN 55402<br>Phone: 612-340-8792 | Bond Indenture | | $145,829,000 |
| Kohlberg & Co. LLC<br>111 Radio Circle<br>Mount Kisco, NY 10549<br>Phone: 914-241-7430<br>Fax: 914-241-7476 | Christopher Lacovara<br>Kohlberg & Co. LLC<br>111 Radio Circle<br>Mount Kisco, NY 10549<br>Phone: 914-241-7430<br>Fax: 914-241-7476 | Contract Claim | | $5,000,000 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Deutsche Bank, as Indenture Trustee, for the 12.25% Senior Notes due 2007<br>22 South Riverside Plaza<br>25th Floor<br>Chicago, Illinois 60606-5808<br>Attn: Jeff Powell<br>Phone: 312-537-1034<br>Fax: 312-537-1009 | Clark Whitmore<br>MASLON<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Phone: 612 672-8335 | Bond Indenture | | $4,171,000 |
| ABCO Die Casters<br>39 Tompkins Point Rd<br>Newark, NJ 07114<br>Phone: 973-624-7030<br>Fax: 973-624-7425 | Joe Vitollo<br>ABCO Die Casters<br>39 Tompkins Point Rd<br>Newark, NJ 07114<br>Phone: 973-624-7030<br>Fax: 973-624-7425 | Trade Claim | | $441,000 |
| Electrocraft Arkansas, Inc.<br>DMI Arkansas<br>PO Box 90499<br>Chicago, IL 60696<br>Phone: 501-268-4203<br>Fax: 501-268-4013 | Deanna Webb<br>Electrocraft Arkansas, Inc.<br>DMI Arkansas<br>1701 South Benton<br>Searcy, AR 72143<br>Phone: 501-268-4203<br>Fax: 501-268-4013 | Trade Claim | | $303,000 |
| Freeborn & Peters LLP<br>311 South Wacker Dr<br>Suite 3000<br>Chicago, IL 60606-6677<br>Phone: 312-360-6000<br>Fax: 312-360-6520 | Richard Traub<br>Freeborn & Peters LLP<br>311 South Wacker Dr<br>Suite 3000<br>Chicago, IL 60606-6677<br>Phone: 312-360-6000<br>Fax: 312-360-6520 | Contract Claim | | $292,000 |
| CXO L.L.C.<br>5956 Sherry Lane<br>Suite 1000<br>Dallas, Texas 75225<br>Phone: 214 346-2990<br>Fax: 214 451-6999 | Brian Kushner<br>CXO L.L.C.<br>5956 Sherry Lane<br>Suite 1000<br>Dallas, Texas 75225<br>Phone: 214 346-2990<br>Fax: 214 451-6999 | Contract Claim | | $239,000 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| The DECC Company Inc<br>1266 Wallen Ave SW<br>Grand Rapids, MI 49507<br>Phone: 616-245-0431<br>Fax: 616-245-8865 | Fred Mellema<br>The DECC Company Inc<br>1266 Wallen Ave SW<br>Grand Rapids, MI 49507<br>Phone: 616-245-0431<br>Fax: 616-245-8865 | Trade Claim | | $233,000 |
| The Troxel Company Inc<br>PO Box 934520<br>Atlanta GA 31193-4520<br>Phone: 901-877-6875<br>Fax: 901-877-6942 | Rick Bauer<br>The Troxel Company Inc.<br>11495 Hwy 57 W<br>Moscow TN 38057<br>Phone: 901-877-6875<br>Fax: 901-877-6942 | Trade Claim | | $210,000 |
| BRP US Inc.<br>5986 Collection Center Dr<br>Chicago IL 60693<br>Phone: 828-766-1159<br>Fax: 828-765-2391 | Steve Robinson<br>BRP US Inc.<br>5986 Collection Center Dr<br>Chicago IL 60693<br>Phone: 828-766-1159<br>Fax: 828-765-2391 | Trade Claim | | $203,000 |
| Buddy Bar Casting Corp<br>10801 Sessler St<br>South Gate, CA 90280<br>Phone: 562-861-9664<br>Fax: 562-861-9323 | John Fell<br>Buddy Bar Casting Corp<br>10801 Sessler St<br>South Gate, CA 90280<br>Phone: 562-861-9664<br>Fax: 562-861-9323 | Trade Claim | | $194,000 |
| Valley Packaging Corp<br>275 Industrial Blvd<br>Pulaski, TN 38478<br>Phone: 866-376-5222<br>Fax: 931-363-8063 | Cricket Bass<br>Valley Packaging Corp<br>275 Industrial Blvd<br>Pulaski, TN 38478<br>Phone: 866-376-5222<br>Fax: 931-363-8063 | Trade Claim | | $170,000 |
| Martin Machine Works Inc<br>34 Volunteer Lane<br>Decaturville TN 38329<br>Phone: 731-852-4818<br>Fax: 731-852-4803 | Jamie Martin<br>Martin Machine Works Inc<br>34 Volunteer Lane<br>Decaturville TN 38329<br>Phone: 731-852-4818<br>Fax: 731-852-4803 | Trade Claim | | $160,000 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Hydraforce Inc.<br>Box 78426<br>Milwaukee WI 53278-0426<br>Phone: 847-229-3178<br>Fax: 847-229-3347 | Nancy Moore<br>Hydraforce Inc.<br>500 Barclay Blvd<br>Lincolnshire IL 60069<br>Phone: 847-229-3178<br>Fax: 847-229-3347 | Trade Claim | | $140,000 |
| Las Cruces Machine & Mfg Co<br>600 S Main St<br>Suite B<br>Mesilla Park, NM 88047<br>Phone: 575-526-1411<br>Fax: 575-526-8520 | Rod Mitchell<br>Las Cruces Machine & Mfg Co<br>600 S Main St<br>Suite B<br>Mesilla Park, NM 88047<br>Phone: 575-526-1411<br>Fax: 575-526-8520 | Trade Claim | | $128,000 |
| Electro-Dyn Electronics Inc<br>1201 19th St<br>Niagara Falls, NY 14301<br>Phone: 716-284-8747<br>Fax: 716-284-9112 | Pete Depetros<br>Electro-Dyn Electronics Inc<br>1201 19th St<br>Niagara Falls, NY 14301<br>Phone: 716-284-8747<br>Fax: 716-284-9112 | Trade Claim | | $109,000 |
| Philmo Inc.<br>2 Washington Way<br>Franklin, KY 42134<br>Phone: 270-598-0021<br>Fax: 270-598-0260 | Ron Coomes<br>Philmo Inc.<br>2 Washington Way<br>Franklin, KY 42134<br>Phone: 270-598-0021<br>Fax: 270-598-0260 | Trade Claim | | $96,000 |
| Standard Motor Products Inc<br>93307 Network Place<br>Chicago IL 60673-1933<br>Phone: 620-331-1000 ext 377<br>Fax: 620-332-1107 | Mike Lemon<br>Standard Motor Products Inc.<br>1300 West Oak St<br>PO Box<br>Independence KS 67301<br>Phone: 620-331-1000 ext 377<br>Fax: 620-332-1107 | Trade Claim | | $89,000 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Kurt Mfg Inc<br>PO Box 641361<br>Cincinnati OH 45264-1361<br>Phone: 763-572-4417<br>Fax: 763-786-6336 | Jim Hanggi<br>Kurt Mfg Inc.<br>5280 Main Street NE<br>Minneapolis, MN 55421<br>Phone: 763-572-4417<br>Fax: 763-786-6336 | Trade Claim | | $89,000 |
| TI Group Auto Sys<br>Walbro Corporation<br>PO Box 8500-53643<br>Philadelphia, PA 19178-3643<br>Phone: 989-673-7727<br>Fax: 989-673-1180 | Peggy Bishop<br>TI Auto Sys<br>Walbro Corporation<br>630 Columbia St<br>Caro, MI 48723<br>Phone: 989-673-7727<br>Fax: 989-673-1180 | Trade Claim | | $87,000 |

Date: 2/11/2008

[signature]
Debtor



#9292464 v2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re<br><br>HOLLEY PERFORMANCE PRODUCTS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08 – ___ (____)<br><br>(Jointly Administered) |
|---|---|

**CERTIFICATION CONCERNING CREDITOR MATRIX**

The debtors and debtors in possession (the "Debtors") in the above-captioned cases hereby certify under penalty of perjury that the *Creditor Matrix* as maintained by Epiq Bankruptcy Solutions, LLC, pursuant to Local Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, is complete and to the best of the Debtors' knowledge correct and consistent with Debtors' books and records.

The information contained therein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtors.

[1] The Debtors are the following entities: Holley Performance Products Inc., a Delaware corporation (EIN XX-XXX1482); KHPP Holdings, Inc., a Delaware corporation (EIN XX-XXX3923); Nitrous Oxide Systems, Inc., a Delaware Corporation (EIN XX-XXX0663); Weiand Automotive Industries, Inc., a Delaware Corporation (EIN XX-XXX6699); and Holley Performance Systems, Inc., a Delaware Corporation (EIN XX-XXX8014). The Debtors' address is 1801 Russellville Road, Bowling Green, Kentucky 42101.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of February, 2008.

Signature: [signature]
By: Thomas W. Tomlinson
Title: Chief Financial Officer

# HOLLEY PERFORMANCE PRODUCTS INC.

**Secretary's Certificate**

I, Thomas W. Tomlinson, hereby certify that I am the duly elected, qualified, and acting Secretary of Holley Performance Products Inc. (the "Corporation") and further certify that attached hereto as Exhibit A is a true and correct copy of the resolutions duly authorized and adopted by the Board of Directors of the Corporation on February 11, 2008 (the "Resolutions"), pursuant to the by-laws of the Corporation as in effect on the date of adoption of the Resolutions, which Resolutions constitute the entire record of corporate action taken by the Corporation therewith through the date thereof. The attached Resolutions have not been amended, modified, annulled, or revoked and are in full force and effect on the date hereof.

IN WITNESS WHEREOF, I have hereunto signed my name as of this 11th day of February, 2008.

Thomas W. Tomlinson
Secretary

I, Stephen Trussell, the duly elected, qualified, and acting Corporate Controller of the Corporation, hereby certify that Thomas W. Tomlinson is the duly elected, qualified, and acting Secretary of the Corporation and that the signature appearing above is his genuine signature.

IN WITNESS WHEREOF, I have hereunto signed my name as of this 11th day of February, 2008.

Stephen Trussell
Corporate Controller

# **EXHIBIT A**

## **BOARD RESOLUTIONS**

RESOLVED: That, in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation to commence a bankruptcy proceeding (collectively, the "Chapter 11 Proceedings") in accordance with the Plan by filing a voluntary petition for relief under the provisions Chapter 11 of the Bankruptcy Code on or after February 11, 2008 (such date of the commencement of the Chapter 11 Proceedings, the "Petition Date");

RESOLVED: That the Corporation be, and hereby is, authorized to execute and file its petition (the "Chapter 11 Petition") pursuant to Chapter 11; that the forms, terms, and provisions of and all transactions contemplated by the Chapter 11 Petition are hereby authorized and approved; that the Chief Executive Officer, President, Chief Financial Officer, and any Vice President of the Corporation at the time in office be, and they are, and each of them acting singly is, hereby authorized to execute and file in the name of and on behalf of the Corporation, under its corporate seal if desired, the Chapter 11 Petition in substantially the form attached hereto as Exhibit A, with such changes and additions to the terms and provisions thereof as the officers or officer so acting may deem necessary or appropriate, the execution and filing thereof to be conclusive evidence of such determination and of the due authorization and approval of this Board of Directors;

RESOLVED: That the Corporation be, and hereby is, authorized to execute and file certain motions (the "First Day Motions") with the Delaware Bankruptcy Court on or about Petition Date; that the Chief Executive Officer, President, Chief Financial Officer, and any Vice President of the Corporation at the time in office be, and they are, and each of them acting singly is, hereby authorized to execute and file in the name of and on behalf of the Corporation, under its corporate seal if desired, the First Day Motions in substantially the forms attached hereto as Exhibit B, with such changes and additions to the terms and provisions thereof as the officers or officer so acting may deem necessary or appropriate, the execution and filing thereof to be conclusive evidence of such determination and of the due authorization and approval of this Board of Directors; and

RESOLVED: That the Corporation be, and hereby is, authorized to execute and file all other petitions, schedules, statements of affairs, lists, motions, and other papers (the "Chapter 11 Papers") and to take any and all related actions in connection with the Chapter 11 Proceedings and such Chapter 11 Papers; that the Chief Executive Officer, President, Chief Financial Officer, and any Vice President of the Corporation at the time in office be, and they are, and each of them acting singly is, hereby authorized to execute and file in the name of and on behalf of the Corporation, under its corporate seal if desired, the Chapter 11 Papers, the execution and filing thereof to be conclusive evidence of such determination and of the due authorization and approval of this Board of Directors.

RESOLVED: That the Corporation be, and hereby is, authorized and directed to employ the law firm of Pepper Hamilton LLP as bankruptcy counsel to the Corporation to represent and assist the Corporation in the Chapter 11 Proceedings, and to take any and all actions to advance the Corporation's rights; that in connection therewith, the Corporation be, and hereby is, authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Petition;

RESOLVED: That the Corporation be, and hereby is, authorized and directed to execute and file the Application of the Debtors to Retain and Employ Pepper Hamilton LLP (the "Pepper Hamilton Retention Application"); that the forms, terms, and provisions of and all transactions contemplated by the Pepper Hamilton Retention Application are hereby authorized and approved; that the Chief Executive Officer, President, Chief Financial Officer, and any Vice President of the Corporation at the time in office be, and they are, and each of them acting singly is, hereby authorized to execute and file in the name of and on behalf of the Corporation, under its corporate seal if desired, the Pepper Hamilton Retention Application in substantially the form attached hereto as Exhibit C, with such changes and additions to the terms and provisions thereof as the officers or officer so acting may deem necessary or appropriate, the execution and filing thereof to be conclusive evidence of such determination and of the due authorization and approval of this Board of Directors;

RESOLVED: That the Corporation be, and hereby is, authorized and directed to employ the law firm of Ropes & Gray LLP as bankruptcy counsel to the Corporation to represent and assist the Corporation in the Chapter 11 Proceedings, and to take any and all actions to advance the Corporation's rights; that in connection therewith, the Corporation be, and hereby is, authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Petition;

RESOLVED: That the Corporation be, and hereby is, authorized and directed to execute and file the Application of the Debtors to Retain and Employ Ropes & Gray LLP as Corporate Counsel Pursuant to Section 327(e) of the Bankruptcy Code Nunc Pro Tunc to the Petition Date (the "Ropes & Gray Application"); that the forms, terms, and provisions of and all transactions contemplated by the Ropes & Gray Retention Application are hereby authorized and approved; that the Chief Executive Officer, President, Chief Financial Officer, and any Vice President of the Corporation at the time in office be, and they are, and each of them acting singly is, hereby authorized to execute and file in the name of and on behalf of the Corporation, under its corporate seal if desired, the Ropes & Gray Retention Application in substantially the form attached hereto as Exhibit D, with such changes and additions to the terms and provisions thereof as the officers or officer so acting may deem necessary or appropriate, the execution and filing thereof to be conclusive evidence of such

determination and of the due authorization and approval of this Board of Directors;

RESOLVED: That the Corporation be, and hereby is, authorized and directed to employ additional professionals, including any attorneys, financial advisors or consultants (the "Additional Professionals") to the Corporation as necessary to advise, represent and assist the Corporation in carrying out their duties under the Bankruptcy Code and other applicable law and to provide investigative, consulting, professional, and other assistance in connection with the acts and transactions contemplated by these resolutions and related proceedings; that the Corporation be, and hereby is, authorized and directed to pay the appropriate fees and expenses (including appropriate retainers prior to and immediately upon the filing of the Chapter 11 Petitions) of the Additional Professionals; that the Corporation be, and hereby is, authorized to enter into agreements (including, without limitation, indemnity agreements) with such entities (the "Additional Professional Agreements"), and to execute and file one or more appropriate applications for authority to retain the services of the Additional Professionals (the "Additional Professional Retention Applications"); that the Chief Executive Officer, President, Chief Financial Officer, and any Vice President of the Corporation at the time in office be, and they are, and each of them acting singly is, hereby authorized to execute and deliver in the name of and on behalf of the Corporation, under its corporate seal if desired, any Additional Professional Agreements and any Additional Professional Retention Applications, with such changes and additions to the terms and provisions thereof as the officers or officer so acting may deem necessary or appropriate, the execution and filing thereof to be conclusive evidence of such determination and of the due authorization and approval of this Board of Directors;