UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>HOLLEY PERFORMANCE PRODUCTS INC.,<br><br>    Debtor. | Chapter 11<br>Case No. 08-10256 (PJW)<br><br>Related Docket No. 2 |
| In re<br><br>KHPP HOLDINGS, INC.,<br><br>    Debtor. | Chapter 11<br>Case No. 08-10257 (PJW)<br><br>Related Docket No. 2 |
| In re<br><br>HOLLEY PERFORMANCE SYSTEMS, INC.,<br><br>    Debtor. | Chapter 11<br>Case No. 08-10258 (PJW)<br><br>Related Docket No. 3 |
| In re<br><br>NITROUS OXIDE SYSTEMS, INC.,<br><br>    Debtor. | Chapter 11<br>Case No. 08-10259 (PJW)<br><br>Related Docket No. 3 |
| In re<br><br>WEIAND AUTOMOTIVE INDUSTRIES, INC.,<br><br>    Debtor. | Chapter 11<br>Case No. 08-10260 (PJW)<br><br>Related Docket No. 3 |

**ORDER DIRECTING JOINT ADMINISTRATION
OF RELATED CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of Holley Performance Products Inc., on behalf of itself and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), for an order (this "Order") directing the joint administration of the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

#9287328 v2

Debtors' chapter 11 cases and the consolidation thereof for procedural purposes; and upon the Affidavit of Thomas W. Tomlinson in Support of Chapter 11 Petitions and First Day Motions and Applications, sworn to on February 9, 2008; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

       IT HEREBY IS ORDERED THAT:

1.      The Motion is GRANTED.

2.      Pursuant to section 105(a) of the Bankruptcy Code, Rule 1015(b) of the Bankruptcy Rules, and Rule 1015-1 of the Local Rules, the Debtors' chapter 11 cases shall be jointly administered and consolidated for procedural purposes only.

3.      The Clerk of this Court shall maintain one file and one docket for all of the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Debtor Holley Performance Products, Inc., Case No. 08-10256 (PJW).

4.      All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

#9287328 v2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**HOLLEY PERFORMANCE PRODUCTS INC.,** *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-10256 (PJW)<br><br>(Jointly Administered) |

5. The Clerk of this Court shall make a docket entry in each of the Debtors' chapter 11 cases (except that of Holley Performance Products Inc.) substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Holley Performance Products Inc. and its affiliates that have concurrently commenced chapter 11 cases. The docket in the chapter 11 case of Holley Performance Products Inc., Case No. 08-10256 (PJW) should be consulted for all matters affecting this case."

6. Notwithstanding the relief granted in this Order, any creditor filing a proof of claim against any of the Debtors shall file such proof of claim in such Debtor's chapter 11 case and not in the jointly administered case.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases.

8. Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[2] The Debtors are the following entities: Holley Performance Products Inc., a Delaware corporation (EIN XX-XXX1482); KHPP Holdings, Inc., a Delaware corporation (EIN XX-XXX3923); Nitrous Oxide Systems, Inc., a Delaware Corporation (EIN XX-XXX0663); Weiand Automotive Industries, Inc., a Delaware Corporation (EIN XX-XXX6699); and Holley Performance Systems, Inc., a Delaware Corporation (EIN XX-XXX8014). The Debtors' address is 1801 Russellville Road, Bowling Green, Kentucky 42101.

-4-

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: **Feb 12**, 2008
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

#9287328 v2