UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**HOLLEY PERFORMANCE PRODUCTS INC.,** *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-10256 (PJW)<br><br>(Jointly Administered)<br><br>*Re: docket # 182, 183* |

## FINAL DECREE CLOSING THE CHAPTER 11 CASE OF EACH DEBTOR

Upon consideration of the Motion of the Debtors for Entry of an Order Issuing a Final Decree Closing the Chapter 11 Case of Each Debtor (the "Motion") filed by Holley Performance Products Inc., on behalf of itself and its affiliated debtors and debtors in possession, in the above-captioned case (collectively, the "Debtors"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1] The Debtors are the following entities: Holley Performance Products Inc., a Delaware corporation; KHPP Holdings, Inc., a Delaware corporation; Nitrous Oxide Systems, Inc., a Delaware Corporation; Weiand Automotive Industries, Inc., a Delaware Corporation; and Holley Performance Systems, Inc., a Delaware Corporation. The Debtors' address is 1801 Russellville Road, Bowling Green, Kentucky 42101.

#9649041 v3

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. This order constitutes a final decree in the chapter 11 case of each Debtor, which shall be effective on the date of entry of the decree. The Clerk of the Court shall forthwith close the following cases:

| **Debtor** | **Case Number** |
|---|---|
| Holley Performance Products Inc. | 08-10256 |
| KHPP Holdings, Inc. | 08-10257 |
| Holley Performance Systems, Inc. | 08-10258 |
| Nitrous Oxide Systems, Inc. | 08-10259 |
| Weiand Automotive Industries, Inc. | 08-10260 |

3. The Debtors shall prepare and file their quarterly reports for the second quarter of 2008 and pay the U.S. Trustee all quarterly fees due and owing with respect to the same by July 15, 2008.

Date: June 25, 2008
Wilmington, DE

THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

#9649041 v3